571 P.2d 767

The STATE of Idaho,
Plaintiff-Respondent,

v.

Larry Ellis PETERSON,
Defendant-Appellant.

No. 12424.

Supreme Court of Idaho.

Nov. 22, 1977.

---

Roger S. Burdick, of Hart & Burdick, Jerome, for defendant-appellant.

Wayne L. Kidwell, Atty. Gen., Lynn E. Thomas, Deputy Atty. Gen., James F. Kile, Asst. Atty. Gen., Boise, for plaintiff-respondent.

PER CURIAM:

Larry Peterson pleaded guilty to seven counts of burglary and the trial court accepted his pleas. He now contends that the pleas are invalid under *State v. Colyer*, 98 Idaho 32, 557 P.2d 626 (1976). We agree. The record, including inferences reasonably

drawn therefrom, does not affirmatively show that Peterson knowingly and intelligently waived his constitutional rights to a jury trial, to confront his accusers, and to refrain from incriminating himself.

Reversed and remanded.